**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **TOM CARIVEAU,** | ) | |
| **Plaintiff** | ) | **Case No. 3:24-cv-00029** |
| **v.** | ) | |
| | ) | |
| **DR. LINDA CALLWOOD,** ***et al.*** | ) | |
| | ) | |
| **Defendants** | ) | |

## MAGISTRATE JUDGE HOSTED SETTLEMENT CONFERENCE REPORT

Pursuant to the Court Order for Settlement Conference, a settlement conference was conducted via Teams video conferencing before Magistrate Judge Teague on the 16th day of May 2025. The Settlement Conference commenced at 9:30 a.m. and concluded at 6:28 p.m.

The following were present:

_X_ 1. Plaintiff.

_X_ 2. Plaintiff's trial counsel.

_X_ 3. Government Defendants (Dr. Linda Callwood and Velma Freeman-Walter).

_X_ 4. Trial counsel for the Government Defendants.

_X_ 5. Accredo Defendant, through its representative.

_X_ 6. Trial counsel for the Accredo Defendant.

The result of the settlement conference is as follows:

_X_ The conflict has been completely resolved. The parties will be submitting an additional filing(s) for the Court's consideration, as well as a subsequent Stipulation Agreement and/or Notice of Dismissal.

_____ The conflict has been partially resolved. The parties will be submitting a Stipulation for the Court's approval. Some issues still require Court resolution.

_____ The parties have reached a total impasse; all issues require Court action.

_____ The matter has been recessed for further settlement negotiations.

_____ Other:

ENTER:

Dated: May 19, 2025

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE