**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

TOM CARIVEAU, as Personal Representative of the Estate of Craig Vanausdal, deceased, and on behalf of decedent's Beneficiaries,

Plaintiff,

v.

WYNNIE TESTAMARK, *et al.*,

Defendants.

**CASE NO. 3:24-cv-00029**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tom Cariveau, as Personal Representative of the Estate of Craig Vanausdal, deceased, and on behalf of decedent's Beneficiaries, Defendant Accredo Health Group, Inc., and Defendant Wynnie Testamark, by and through their respective counsel of record, file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). All parties hereby jointly dismiss *with prejudice* any and all claims filed by and/or against any other party in this action, with each party to bear its own fees and costs.

**AGREED:**

Dated: July 16, 2025

**Plaintiff, Tom Cariveau, as Personal Representative of the Estate of Craig Vanausdal, Deceased, on behalf of decedent's beneficiaries**

By: /s/ *John P. Fischer*

John P. Fischer, Esq.
Fischer Redavid, PLLC
Counsel for Tom Cariveau, as Personal Representative of the Estate of Craig Vanausdal, Deceased, on behalf of decedent's beneficiaries
(authorized to sign on his behalf)

Dated: July 16, 2025

**Defendant Accredo Health Group, Inc.**

By: */s/ Kevin A. Rames*

Kevin A. Rames, Esq.
Law Offices of K.A. Rames, P.C.
Counsel for Accredo Health Group, Inc.
(authorized to sign on its behalf)

Dated: July 16, 2025

**Defendant Wynnie Testamark**

By: /s/ *Julie A. Beberman*

Julie A. Beberman, Esq.
Assistant Attorney General
Virgin Islands Department of Justice
Counsel for Wynnie Testamark
(authorized to sign on her behalf)