**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**ST. THOMAS/ST. JOHN DIVISION**

| | | |
|---|---|---|
| **TOM CARIVEAU, as personal representative of the Estate of Craig Vanausdal, Deceased and on behalf of the Estate and Decedent's Mother beneficiary, Roseanna Lanciano** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 3:24-29** |
| **ACCREDO HEALTH GROUP, INC., WYNNIE TESTAMARK** | : | |

# ORDER

**AND NOW**, this 17th day of July 2025, upon considering Plaintiff's fourth amended Complaint (ECF 158), the parties' Stipulation of dismissal (ECF 161), and for good cause, it is **ORDERED**:

1. Defendants Dr. Linda Callwood and Velma Freeman-Walker are **DISMISSED** as unnamed in the fourth amended Complaint (ECF 158);

2. We **amend** the caption as above;

3. The Stipulation (ECF 161) is **APPROVED;**

4. This action is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

5. The Clerk of Court shall **close** this case.

**KEARNEY, J.**